UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLENN MACPHERSON THOMAS,<br><br>                              Plaintiff,<br><br>-against-<br><br>FEDERAL GOVERNMENT; EDGARDO RAMOS, FEDERAL JUDGE; JEREMY GUTMAN, FEDERAL ATTORNEY; MICHAEL SPORN; DEBRA ANN LIVINGSTON, CHIEF JUDGE OF THE SECOND CIRCUIT APPEALS COURT,<br><br>                              Defendants. | 23-CV-5559 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 24, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 24, 2023
         New York, New York

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          Chief United States District Judge